IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHUFEN PAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-829-MEF |
| ) | |
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY et al., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion for Order Allowing Defendant to Re-Enter Case as Party Defendant (Doc. # 1) and the Motion to Strike Exhibit A of the Plaintiff's Complaint (Doc. # 1), both of which were originally filed in the Circuit Court of Lee County, Alabama, it is hereby ORDERED as follows:

(1)  The Plaintiff should show cause in writing on or before November 30, 2006 as to why the Motion for Order Allowing Defendant to Re-Enter Case as Party Defendant (Doc. # 1) should not be granted.

(2)  The Motion to Strike Exhibit A of the Plaintiff's Complaint (Doc. # 1) is DENIED with leave to re-file.

DONE this the 15th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE