THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SHUFEN PAN, \*

   PLAINTIFF, \*

VS. \* CASE NO. 3:06-cv-829-MEF

PROGRESSIVE SPECIALTY INSURANCE \*
COMPANY,

   DEFENDANTS. \*

## PLAINTIFF'S RESPONSE TO MOTION FOR ORDER ALLOWING DEFENDANT TO RE-ENTER CASE AS PARTY DEFENDANT

COMES NOW the Plaintiff, by and through the undersigned attorney, and respectfully states that she has no objection to this Honorable Court granting the Defendant's Motion for an Order Allowing Defendant to Reenter Case as Party Defendant.

Respectfully submitted,

_____
Michael S. Speakman, Attorney for Plaintiff
Attorney Code: SPE020

OF COUNSEL:
SPEAKMAN AND SPEAKMAN
108 N. Dean Road
Auburn, Alabama 36830
Telephone: 334/821-0091
Facsimile: 334/821-0508

1

## CERTIFICATE OF SERVICE

    I, Michael S. Speakman, the attorney of record for the Plaintiff, hereby certify that I have this day served a copy of the above and foregoing pleading upon:

Leon A. Boyd, V
Herman Cobb
Cobb, Shealy, Crum & Derrick, P.A.
P. O. Box 6346
Dothan, Alabama 36302

by placing a copy of the same in the U.S. Mail, postage prepaid, addressed to them, this the 22nd day of November, 2006.

*Michael S. Speakman*
Of Counsel for Plaintiff