IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHUFEN PAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-829-MEF |
| | ) | |
| PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Motion for Order Allowing Defendant to Re-Enter Case as Party Defendant (Doc. # 1) and in light of the Plaintiff's Response to Motion (Doc. # 4), it is hereby ORDERED that the Motion for Order Allowing Defendant to Re-Enter Case as Party Defendant (Doc. # 1) is GRANTED.

DONE this the 28th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE