IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SHUFEN PAN,                              *
                                         *
        Plaintiff,                       *
                                         *
vs.                                      *    3:06-CV-829
                                         *
PROGRESSIVESPECIALTY                     *
INSURANCE COMPANY,                       *
                                         *
        Defendant.                       *

### REPORT OF PARTIES' PLANNING MEETING

1.   Pursuant to Fed.R.Civ.P. 26 (f), a meeting was held on December 4, 2006 and was attended by: Leon A. Boyd, Esq., COBB, SHEALY, CRUM & DERRICK P.A., P. O. Box 6346, Dothan, Alabama 36302-6346, attorney for the defendant and Michael S. Speakman, Esq., SPEAKMAN & SPEAKMAN, 108 N. Dean Road, Auburn, Alabama 36830, attorney for the plaintiff.

2.   **Pre-Discovery Disclosures:**  The parties will exchange by January 31, 2007 the information required by Fed.R.Civ.P. 26(a)(1).

3.   **Discovery Plan:**  The parties jointly propose to the Court the following discovery plan: The parties will immediately initiate any proposed written discovery and the parties will coordinate all necessary depositions.

Discovery will be needed on the following subjects: This case arises from an automobile accident involving claims of personal injury. Discovery depositions will be needed from the plaintiff, the defendant and any witnesses to the accident. The plaintiff's medical treating physicians, both before and after the accident, will need to be deposed. Any other experts will also need to be deposed.

All discovery is to be commenced in time to be completed by November 30, 2007.

Depositions will be taken as needed.

Reports from retained experts under Rule 26 (a) (2) due from plaintiff by August 1, 2007 and from defendant by September 3, 2007.

Supplementations under Rule 26 (e) due by September 15, 2007.

Any party shall be allowed thirty days in which to identify rebuttal experts.

4.     **Other Items:**

The parties do not request a conference with the court before entry of the scheduling order.

Plaintiff should be allowed until June 1, 2007 to amend the pleading and until July 1, 2007 to join additional parties.

Defendants should be allowed until August 1, 2007 to join additional parties and until September 1, 2007 to amend the pleadings.

All potentially dispositive motions should be filed by September 1, 2007.

Settlement Conferences or Alternative Dispute Resolution to be concluded by November 1, 2007.

The parties request a final pretrial conference in October 2007.

Final lists of trial witnesses and trial evidence under Rule 26 (a) (3) should be due thirty days before the trial date entered by the Court.

Parties should have ten days after service of final lists of trial evidence to list objections under Rule 26 (a) (3).

This case should be ready for trial by this Court's FALL TERM, 2007, scheduled for December 10, 2007, and at this time the trial is expected to take approximately 1-2 days.

Dated this the 5th day of December, 2006.

/s/ Leon A. Boyd
Herman Cobb COB004
Leon A. Boyd BOY035
COBB, SHEALY, CRUM & DERRICK
P. O. Box 6346
Dothan, Alabama 36302-6346
(334) 677-3000

/s/ Michael S. Speakman
Michael S. Speakman SPE
SPEAKMAN & SPEAKMAN
108 N. Dean Road
Auburn, Alabama 36830
(334) 821-0091