IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 FEB 12  A 9: 54

SHUFEN PAN,                              *
                                        *
        Plaintiff,                      *
                                        *
vs.                                     *        3:06-CV-829
                                        *
PROGRESSIVESPECIALTY                    *
INSURANCE COMPANY,                      *
                                        *
        Defendant.                      *

## JOINT STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, Shufen Pan, and Defendant, Progressive Specialty Insurance Co.,

by and through their respective attorneys of record, and stipulate and agree that the above-styled

action be dismissed with prejudice to the bringing of another action and that each party shall bear

their own costs of court.

This the 6th day of February, 2007.

_____
MICHAEL S. SPEAKMAN
Attorney for Plaintiff

OF COUNSEL:
Michael S. Speakman
SPEAKMAN & SPEAKMAN
108 N. Dean Road
Auburn, Alabama 36830
(334) 821-0091

_____
HERMAN COBB (COB004)
LEON A. BOYD, V (BOY035)
Attorneys for Defendant

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
Post Office Box 2047
Dothan, AL 36302
(334) 677-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHUFEN PAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 3:06-CV-829 |
| | * | |
| PROGRESSIVESPECIALTY | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

## ORDER OF DISMISSAL

Upon consideration and agreement of the parties, the above styled action is hereby dismissed with prejudice and each party shall bear their own costs of court.

DONE this the _____ day of _____, 2007.

_____
JUDGE

cc:    Leon A. Boyd
       Michael S. Speakman